# AFFIDAVIT

STATE OF OHIO, SUMMIT COUNTY, SS:

**BEFORE ME**, the undersigned authority, on this day personally appeared __Lloyd Weimer__ who being first duly sworn, deposes and says that:

1. Affiant states that Affiant has not distrubuted any funds from the Weimer Family Limited Partnership in the last 10 years and has no plans to distribute them in the future.

Dated this 31st day of __May__, 2012.

FURTHER AFFIANT SAYETH NAUGHT.

Signed, sealed and delivered in the presence of:

_/s/ Lloyd Weimer_
Lloyd Weimer, AFFIANT

Sworn to and described before me this __31st__ day of __May__, 2012.

Benjamin P. Bates
Resident Stark County
Notary Public, State of Ohio
My Commission Expires: 10/28/2013
_/s/ Benjamin P. Bates_, Notary Public