IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | CASE NO 11-53932 |
| | ) | |
| LARAINE PORTER | ) | CHAPTER 13 |
| | ) | |
| DEBTOR | ) | JUDGE SHEA-STONUM |

### DEBTOR'S MOTION FOR VOLUNTARY DISMISSAL

Now comes the Debtor, Laraine Porter, by and through the undersigned counsel, and pursuant to 11 U.S.C. Section 1307(b), hereby gives notice of her intention to dismiss these proceedings.

1. Pursuant to Section 1307(b) of the Bankruptcy Code, the Debtor may dismiss her case under chapter 13 of Title 11. The Debtor's case has not been previously converted under 11 U.S.C. §§ 706, 1112, or 1208 and is therefore entitled to have her chapter 13 case dismissed.

**WHEREFORE,** the Debtor, Laraine Porter, prays this Court for an Order dismissing her as Chapter 13 Debtor, <u>without a hearing pursuant to Title 11 U.S.C. §102(1)(b)(i) and Rule 2002 of the Federal Rules of Bankruptcy Procedure, unless a hearing is requested by a creditor or party in interest within twenty-one (21) days after notice hereof and for such other and further relief as the Court deems just and proper herein</u>.

Dated: June 28, 2012

/S/ Laraine Porter  
Laraine Porter

/S/ ROBERT S. THOMAS, II  
ROBERT S THOMAS, II (0067702)  
Attorney for Debtor  
1653 Merriman Road suite 203  
Akron, Ohio 44313  
(330) 253-1500 – (330) 253-5743 (fax)  
rstlaw@yahoo.com

**Pursuant to LBR 9013-3 Notice is hereby given that any response or objection must be filed within Twenty-one (21) days, or such other time as specified by applicable Federal Rule of Bankruptcy Procedure or statute or as the Court may order, from the date of service as set forth on the certificate of service, if relief sought is opposed, and that the Court is authorized to grant the relief requested without further notice or hearing unless a timely objection is filed.**

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of June, 2012 a copy of the foregoing Debtor's Motion for Voluntary Dismiss and Notice thereof was sent via ECF electronic transmission and regular U.S. Mail Service to the following:

**U.S. Trustee (via ECF)**

**Keith L. Rucinski, Chapter 13 Trustee (via ECF)**

**Ms. Laraine E. Porter (via U.S. mail)**
1511 Melanie Drive
Uniontown, Ohio 44685, Debtor

**All creditors listed on the court's mailing matrix for this case and all claimants requesting service (via U.S. mail and ECF Service)**

                                        /S/ Robert S. Thomas, II
                                        Robert S. Thomas, II
                                        Attorney for Debtor

## NOTICE OF VOLUNTARY MOTION TO DISMISS

Debtors filed papers with the Court requesting Motion to Dismiss Chapter 13 Proceedings.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

**If you do not want the court to dismiss this case or if you want the court to consider your views on the proof of claim, then on or before twenty-one (21) days, or such other time fixed by the Federal Rules of Bankruptcy Procedure or statute or as the Court may order, after service is filed and serve a response or request for hearing. If no response or request for hearing is timely filed with the Court and served upon counsel for the movant, the Court may grant the relief requested in the motion without a hearing.**

If you want the court to consider you views on the objection, then on or before July 19 2012 you or your attorney must:
**File with the court a written objection or response to:**

**Clerk, United States Bankruptcy Court**
**455 US Courthouse**
**2 South Main Street**
**Akron, OH 44308**

If you mail your Objection to the court for filing, you must mail it early enough so the Court will **receive** it on or before the date stated above.

**You must also mail a copy to:**

**Robert S. Thomas II, Esq.**
**1653 Merriman Road Suite 203**
**Akron, Ohio 44308**

**If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief without holding a hearing.**


Date: June 28, 2012    Signature:/s/ ROBERT S. THOMAS II
                       Name:   Robert S. Thomas II, Esq.
                               Attorney for the Debtors

3